# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 21-123V
### Filed: June 2, 2021
UNPUBLISHED

| | |
|---|---|
| JOHN B. CARAWAY, <br><br>                 Petitioner, <br> v. <br><br> SECRETARY OF HEALTH AND <br> HUMAN SERVICES, <br><br>                 Respondent. | Special Master Horner <br><br><br> Order Concluding Proceedings; <br> Vaccine Rule 21(a) |

*John B. Caraway, Chestertown, MD, acting pro se.*
*Adriana Ruth Teitel, U.S. Department of Justice, Washington, DC, for respondent.*

## ORDER CONCLUDING PROCEEDINGS[1]

On January 4, 2021, petitioner filed a petition alleging that he suffered transverse myelitis resulting from his October 4, 2017 influenza vaccination. On April 7, 2021, status conference was held in which several issues, including the timeliness of this claim, were raised.

On April 20, 2021, petitioner advised that he would not continue his claim and on April 21, 2021, a further order was issued explaining petitioner's options for exiting the program. On June 1, 2021, petitioner filed a notice of voluntary dismissal pursuant to Vaccine Rule 21(a).

Accordingly, pursuant to Vaccine Rule 21(a), this case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

---

[1] Because this decision contains a reasoned explanation for the special master's action in this case, it will be posted on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. *See* 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the decision will be available to anyone with access to the Internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information the disclosure of which would constitute an unwarranted invasion of privacy. If the special master, upon review, agrees that the identified material fits within this definition, it will be redacted from public access.

**IT IS SO ORDERED.**

s/Daniel T. Horner
Daniel T. Horner
Special Master